IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50138

Summary Calendar
_____

ELWOOD CLUCK,

          Debtor,

ELWOOD CLUCK, KRISTINE A.
CLUCK AND FIRST CAPITAL MORTGAGE CO., INC.,

          Appellants,

                    versus

RANDOLPH N. OSHEROW, TRUSTEE,
          Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA 94 CV 445)
_____

( July 7, 1995 )

Before GARWOOD, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Appellants raise in this appeal the points of error we have

already refuted in Cluck v. Osherow, 95-50081.

    AFFIRMED.

_____

[*]Local Rule 47.5 provides: "The publication of opinions that
have no precedential value and merely decide particular cases on
the basis of well-settled principles of law imposes needless
expense on the public and burdens on the legal profession."
Pursuant to that Rule, the Court has determined that this opinion
should not be published.